# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| No. 22-1148 | September Term, 2022 |
| | FILED ON: MAY 16, 2023 |

GPA MIDSTREAM ASSOCIATION AND AMERICAN PETROLEUM INSTITUTE,
    PETITIONERS

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION AND PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION,
    RESPONDENTS

On Petition for Review of a Final Rule
of the Department of Transportation

Before: CHILDS, *Circuit Judge*, and EDWARDS and GINSBURG, *Senior Circuit Judges*

### **J U D G M E N T**

This cause came on to be heard on the petition for review of a final rule of the Department of Transportation and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the petition for review be granted and the final rule as it applies to gathering pipeline facilities be vacated, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                      BY:    /s/

                                    Daniel J. Reidy
                                    Deputy Clerk

Date: May 16, 2023

Opinion for the court filed by Senior Circuit Judge Ginsburg.