# United States Court of Appeals
## For The District of Columbia Circuit
_____

**No. 22-1148**  **September Term, 2022**

TRAN-87FR20940

**Filed On: July 11, 2023** [2007367]

GPA Midstream Association and American
Petroleum Institute,

    Petitioners

    v.

United States Department of Transportation
and Pipeline and Hazardous Materials
Safety Administration,

    Respondents

## M A N D A T E

In accordance with the judgment of May 16, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed May 16, 2023